```
 1  HEATHER E. WILLIAMS, #122664
    Federal Defender
 2  DAVID HARSHAW, KY Bar # 86435
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, CA  95814
 4  Tel: 916-498-5700/Fax 916-498-5710

 5
    [Proposed] Attorneys for Defendant
 6  JASON CORBISEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON CORBISEZ,<br><br>Defendant. | Case No. 6:18-MJ-00060-JDP<br><br>MOTION AND ORDER FOR APPOINTMENT OF COUNSEL<br><br>NEXT DATE: November 28, 2018<br>TIME          10:00 a.m.<br>JUDGE:     Hon. Jeremy D. Peterson |
|---|---|

Defendant, Jason Corbisez, requests appointment of the Federal Public Defender to represent him in this action. Separately, he has tendered a Financial Affidavit to the Clerk of the Court. Undersigned counsel has, with permission from Mr. Corbisez, signed the affidavit. Mr. Corbisez is in an in-patient rehabilitation facility and cannot do so personally.

DATED: November 26, 2018               Respectfully submitted,

                                       HEATHER E. WILLIAMS
                                       Federal Defender

                                       */s/ David Harshaw*
                                       DAVID HARSHAW
                                       Assistant Federal Defender

                                       [Proposed] Attorneys for  JASON CORBISEZ

## ORDER

Having considered the separately tendered financial affidavit, the court appoints the Federal Defender in Case No. 6:18-MJ-00060-JDP to represent Jason Corbisez.

IT IS SO ORDERED.

Dated: November 27, 2018

UNITED STATES MAGISTRATE JUDGE