| | |
|---|---|
| HEATHER E. WILLIAMS, #122664<br>Federal Defender<br>DAVID HARSHAW, KY Bar # 86435<br>Assistant Federal Defender<br>801 I Street, 3rd Floor<br>Sacramento, CA 95814<br>Tel: 916-498-5700/Fax 916-498-5710<br><br>Attorneys for Defendant<br>JASON CORBISEZ | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON CORBISEZ,<br><br>Defendant. | Case No. 6:18-MJ-00060-JDP<br><br>STIPULATION AND ORDER TO CONTINUE ARRAIGNMENT<br><br>NEXT DATE: November 28, 2018<br>TIME      10:00 a.m.<br>JUDGE:   Hon. Jeremy D. Peterson |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the Plaintiff, and Assistant Federal Defender David Harshaw, counsel for Jason Corbisez, that the Court continue the arraignment to allow for a video teleconference.

Mr. Corbisez just completed an in-patient rehabilitation. He is currently in a sober-living house that has a curfew. He could not personally make his arraignment without violating curfew because he lives in San Diego, which is almost a day round trip driving from Yosemite. The parties, thus, request that he be allowed to appear at his arraignment via video teleconference from the District Court for the Southern District of California.

Defense counsel will arrange the date for the video conference after consulting with the Clerk of both Courts. Defense counsel will supply this date by November 28, 2018.

DATED: November 20, 2018           Respectfully submitted,

                                                HEATHER E. WILLIAMS

-1-

Federal Defender

*/s/ David Harshaw*
DAVID HARSHAW
Assistant Federal Defender

Attorneys for JASON CORBISEZ

DATED: November 20, 2018    MCGREGOR W. SCOTT
United States Attorney

*/s/ Susan St. Vincent*
SUSAN ST. VINCENT
Yosemite Legal Officer
Attorney for Plaintiff

## ORDER

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the hearing set for November 28, 2018 in Case No. 6:18-MJ-00060-JDP is continued to a date to be supplied by defense counsel to the clerk of this court on November 28, 2018. Arraignment will be by video teleconference from the District Court for the Southern District of California.

IT IS SO ORDERED.

Dated:   November 27, 2018

UNITED STATES MAGISTRATE JUDGE