1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  BENJAMIN A. GERSON, NY BAR #5505144
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   JASON CORBISEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:18-mj-00060-JDP |
|---|---|
| Plaintiff, | **MOTION TO VACATE DECEMBER 17, 2019 REVIEW HEARING; ORDER** |
| vs. | |
| JASON CORBISEZ, | |
| Defendant. | |

Defendant Jason Corbisez hereby requests that the Court vacate the December 17, 2019 review hearing. The government is in agreement with this request.

On January 15, 2019, the Court sentenced Mr. Corbisez to twelve months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law. The Court also ordered Mr. Corbisez to complete the DMV First Time Offender Course and pay a $1,200.00 fine.

Mr. Corbisez has completed the DMV First Time Offender Course, has paid his fine and has not been cited or arrested for any new law violation. Accordingly, Mr. Corbisez is in compliance with the conditions of his probation, and he hereby requests that the December 17, 2019 review hearing be vacated.

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 10, 2019

*/s/ Benjamin A. Gerson*
BENJAMIN A. GERSON
Assistant Federal Defender
Attorney for Defendant
JASON CORBISEZ

ORDER

Based on the parties' joint representation that Mr. Corbisez is in compliance with the conditions of his probation, the court vacates the review hearing scheduled for December 17, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: December 11, 2019

_____
UNITED STATES MAGISTRATE JUDGE