Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>JASON M. CORBISEZ,<br><br>Defendant. | Docket Number:  6:18-mj-00060-JDP<br><br>**MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |

     The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for December 17, 2019. To date, Defendant has complied with all the terms of unsupervised probation as ordered by this Court on January 15, 2019.

.

Dated:  December 10, 2019            /S/ Susan St. Vincent
                                                 Susan St. Vincent
                                                 Legal Officer
                                                 Yosemite National Park

ORDER

Upon application of the United States, good cause having been shown therefor, I order that the review hearing scheduled for December 17, 2019 in the above-referenced matter, *United States v. Jason Corbisez*, 6:18-mj-0060-JDP, be vacated.

IT IS SO ORDERED.

Dated:   December 11, 2019                                 _____
                                                           UNITED STATES MAGISTRATE JUDGE